# United States District Court
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| JMAN2 ENTERPRISES, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:13-cv-158-MHS |
| | § | |
| ERIC VAUGHAN | § | |

## FINAL JUDGMENT

In accordance with the parties' Joint Stipulation of Dismissal (Doc. No. 12) of all claims with prejudice, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 12th day of December, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE